UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Natarsha E. Nelson

Case No.: 24-22802 JNP

Chapter: 13

Hearing Date: 3/5/2025

Judge: Poslusny

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __1/10/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 1/10/2025                                       /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>UNITED STATES ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION PO BOX 683<br>WASHINGTON DC 20044<br><br>UNITED STATES ATTORNEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET SUITE 700<br>NEWARK NJ 07102<br><br>AMERICREDIT FINANCIAL SERVICES INC DBA GM<br>P O BOX 183853<br>ARLINGTON TX 76096-3853<br><br>CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285<br><br>CITIBANK<br>ATTN BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034<br><br>CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| FALONI LAW GROUP LLC<br>425 EAGLE ROCK AVE STE 404<br>ROSELAND NJ 07068-1717<br><br>FRANK TODOR COURT OFFICER<br>PO BOX 454<br>WATERFORD WORKS NJ 08089-0454<br><br>GM FINANCIAL<br>801 CHERRY STREET STE 3600<br>FORT WORTH TX 76102-6855<br><br>(P)US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II<br>OFFICE OF GENERAL COUNSEL<br>26 FEDERAL PLAZA ROOM 3500<br>NEW YORK NY 10278-0068<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br>ATTN BANKRUPTCY<br>200 14TH AVE E<br>SARTELL MN 56377-4500<br><br>LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497<br><br>MR COOPER<br>ATTN BANKRUPTCY<br>PO BOX 613287<br>DALLAS TX 75261-3287<br><br>NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| NEW JERSEY HOUSING AND MORTGAGE FINANCE<br>637 SOUTH CLINTON AVE<br>TRENTON NJ 08611-1811<br><br>(P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>(P)PRESSLER FELT WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY NJ 07054-5020<br><br>RAGAN RAGAN<br>3100 ROUTE 138 W BRINLEY PLAZA BLDG 1<br>BELMAR NJ 07719-9021<br><br>(P)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245<br><br>SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060<br><br>(P)UPLIFT INC<br>2 N CENTRAL AVE FL 10<br>PHOENIX AZ 85004-2322<br><br>(P)VELOCITY PORTFOLIO GROUP INC<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146<br><br>WILLIAMS FUDGE INC<br>ATTN BANKRUPTCY<br>300 CHATHAM AVENUE<br>ROCK HILL SC 29730-4986 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.