Certificate Number: 12433-NJ-DE-039357173

Bankruptcy Case Number: 24-22802



12433-NJ-DE-039357173

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2025, at 6:20 o'clock PM EST, Natarsha E. Nelson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 19, 2025           By:   /s/Candace Jones

                                                            Name:   Candace Jones

                                                            Title:   Counselor