UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 24-22802-JNP-13

Natarsha E. Nelson                                                                                        Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                         Bankr. Case No. 24-22802-JNP-13

Natarsha E. Nelson                                      Chapter 13

      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 19, 2025 :

Lee Martin Perlman  
1926 Greentree Road  
Suite 100  
Cherry Hill, NJ 08003

Andrew Finberg  
525 Route 73 South, Suite 200  
Marlton, NJ 08053

By /s/ Mandy Youngblood  
      Mandy Youngblood

xxxxx95749 / 1105624