Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−22802−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Natarsha E. Nelson
  aka Natarsha Evette Nelson
  21 Yale Avenue
  Stratford, NJ 08084

Social Security No.:
  xxx−xx−2346

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 8, 2025.

Dated: May 8, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 24-22802-JNP
Natarsha E. Nelson                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                  User: admin                                          Page 1 of 3
Date Rcvd: May 08, 2025                       Form ID: plncf13                                  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natarsha E. Nelson, 21 Yale Avenue, Stratford, NJ 08084-1226 |
| 520500006 | + | Frank Todor, Court Officer, PO Box 454, Waterford Works, NJ 08089-0454 |
| 520500023 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520572932 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2025 20:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520600788 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 08 2025 21:10:38 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520505767 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2025 20:50:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520499999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2025 20:58:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520500000 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 21:09:50 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 520500003 | + | Email/PDF: creditonebknotifications@resurgent.com | May 08 2025 21:10:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520500005 | ^ | MEBN | May 08 2025 20:49:00 | Faloni Law Group, LLC, 425 Eagle Rock Ave, Ste 404, Roseland, NJ 07068-1717 |
| 520500007 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2025 20:50:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 520500008 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 08 2025 21:09:35 | Housing and Urban Development, 451 Seventh St SW, Washington, DC 20410-0002 |
| 520500009 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2025 20:49:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520560141 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2025 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

Case 24-22802-JNP    Doc 17    Filed 05/10/25    Entered 05/11/25 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520500010 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2025 20:50:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520505949 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 20:58:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520500011 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 20:58:32 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520562436 | ^ | MEBN | May 08 2025 20:47:41 | Lakeview Loan Servicing, LLC, c/o M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520500013 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2025 20:49:00 | Mr Cooper, Attn: Bankruptcy, Po Box 613287, Dallas, TX 75261-3287 |
| 520500014 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 08 2025 20:58:43 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520500017 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | May 08 2025 20:50:00 | New Jersey Housing and Mortgage Finance, 637 South Clinton Ave, Trenton, NJ 08611-1811 |
| 520567403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 21:09:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520500018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 20:58:32 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520500021 | | Email/Text: signed.order@pfwattorneys.com | May 08 2025 20:49:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 520509957 | | Email/Text: bnc-quantum@quantum3group.com | May 08 2025 20:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520500022 | ^ | MEBN | May 08 2025 20:48:55 | Ragan & Ragan, 3100 Route 138 W Brinley Plaza, Bldg 1, Belmar, NJ 07719-9021 |
| 520500024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 21:22:40 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520500025 | | Email/Text: bankruptcies@uplift.com | May 08 2025 20:49:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520502904 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 08 2025 21:09:35 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520500026 | | Email/Text: dispute@velocityrecoveries.com | May 08 2025 20:50:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 520582033 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2025 20:58:31 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520500027 | + | Email/Text: ebn@wfcorp.com | May 08 2025 20:50:00 | Williams & Fudge, Inc., Attn: Bankruptcy, 300 Chatham Avenue, Rock Hill, SC 29730-4986 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520500002 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 520500001 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 520500004 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520500012 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520500015 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520500016 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520500019 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |

520500020  *P++  PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Natarsha E. Nelson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5