UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Natarsha E. Nelson,

Debtor.

Case No.:    24-22802-JNP

Chapter:    13

Hearing Date:    01/13/2026

Judge:    Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 21 Yale Avenue, Stratford, NJ (Docket # 18)

Date: 01/12/2026

/s/ Denise Carlon
Signature

*rev.8/1/15*