# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 24-22802 (JNP)

Natarsha E. Nelson
21 Yale Avenue
Stratford, NJ  08084

Monthly Payment: $100.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $50.00 | 02/04/2025 | $50.00 | 02/21/2025 | $50.00 | 03/07/2025 | $50.00 |
| 03/20/2025 | $50.00 | 04/04/2025 | $50.00 | 04/21/2025 | $50.00 | 05/05/2025 | $50.00 |
| 05/20/2025 | $50.00 | 06/04/2025 | $50.00 | 06/23/2025 | $50.00 | 07/08/2025 | $50.00 |
| 07/21/2025 | $50.00 | 08/04/2025 | $50.00 | 08/20/2025 | $50.00 | 09/05/2025 | $50.00 |
| 09/22/2025 | $50.00 | 10/06/2025 | $50.00 | 10/21/2025 | $50.00 | 11/04/2025 | $50.00 |
| 11/20/2025 | $50.00 | 12/05/2025 | $50.00 | 12/22/2025 | $50.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NATARSHA E. NELSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,308.00 | $945.00 | $2,363.00 | $0.00 |
| 1 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,223.97 | $0.00 | $1,223.97 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $1,887.08 | $0.00 | $1,887.08 | $0.00 |
| 4 | FALONI LAW GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FRANK TODOR, COURT OFFICER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $426.65 | $0.00 | $426.65 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $654.98 | $0.00 | $654.98 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $1,372.12 | $0.00 | $1,372.12 | $0.00 |
| 11 | M & T BANK | 24 | $14,210.38 | $0.00 | $14,210.38 | $0.00 |
| 12 | AIDVANTAGE | 33 | $95,398.04 | $0.00 | $95,398.04 | $0.00 |
| 13 | NEW JERSEY HOUSING AND MORTGAGE FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $514.95 | $0.00 | $514.95 | $0.00 |
| 15 | PRESSLER, FELT & WARSHAW, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RAGAN & RAGAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $1,013.63 | $0.00 | $1,013.63 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | UPLIFT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | VELOCITY INVESTMENTS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | WILLIAMS & FUDGE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $755.56 | $0.00 | $755.56 | $0.00 |
| 26 | VERIZON BY AMERICAN INFOSOURCE | 33 | $119.81 | $0.00 | $119.81 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2025 | 12.00 | $100.00 |
| 01/01/2026 | 48.00 | $550.00 |
| 01/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,150.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $90.00 |
| Arrearages: | $50.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**