UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Movant:
Lakeview Loan Servicing, LLC

Order Filed on January 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Natarsha E. Nelson aka Natarsha Evette Nelson
Debtor

Case No.:  24-22802 JNP

Chapter:  13

Hearing Date: 1/20/2026 @ 11 a.m.

Judge:  Jerrold N. Poslusny, Jr.

# ORDER CURING POST-PETITOIN ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: January 26, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Natarsha E. Nelson aka Natarsha Evette Nelson
Case No:  24-22802 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 21 Yale Ave, Stratford, NJ, 08084, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 14, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2025 through January 2026 for a total post-petition default of $7,089.70 (3 @ $1,735.54; 1 @ $1,897.90; less $14.82 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor has make a payment of $5,200.00 no later than January 30, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,889.70 will be paid by Debtor remitting $944.85 per month for two months in addition to the regular monthly mortgage payment, which additional payments shall begin on February 1, 2026 and continue until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2026, directly to Secured Creditor's servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Natarsha E. Nelson aka Natarsha Evette Nelson
Case No:  24-22802 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.