Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  24–22802–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Natarsha E. Nelson
aka Natarsha Evette Nelson
21 Yale Avenue
Stratford, NJ 08084

Social Security No.:
xxx–xx–2346

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N.
Poslusny Jr. on

Date:                August 25, 2026
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

to consider and act upon the following:

**30** – Certification in Opposition to (related document:29 Creditor's Certification of Default (related document:22
Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of LAKEVIEW LOAN SERVICING,
LLC. Objection deadline is 07/31/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2
Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW
LOAN SERVICING, LLC) filed by Lee Martin Perlman on behalf of Natarsha E. Nelson. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: August 3, 2026
JAN: kvr

Jeanne Naughton
Clerk